B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Massachusetts

In re  **Thomas C. Abate    Helen A. Wong**_____,      Case No.  **10-21808-WCH**_____

                                            Debtors

                                                        Chapter      **7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $  508,500.00 | | |
| B - Personal Property | YES | 4 | $  77,045.40 | | |
| C - Property Claimed as Exempt | YES | 2 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $  616,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $  0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 10 | | $  676,175.03 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $  6,365.26 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $  8,333.16 |
| TOTAL | | 25 | $  585,545.40 | $  1,292,175.03 | |

.

B6A (Official Form 6A) (12/07)

In re:  **Thomas C. Abate   Helen A. Wong** _____,     Case No. __10-21808-WCH__
                                         **Debtors**                              (if known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **14 Owatonna Street Auburndale MA single family residence**<br><br>**purchased in 2005**<br><br>**Zillow valuation** | | | $ 508,500.00 | $ 616,000.00 |
| | | Total ➤ | $ 508,500.00 | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re   **Thomas C. Abate   Helen A. Wong**                                    ,          Case No. **10-21808-WCH**
                                   **Debtors**                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on hand**<br><br>average balance | J | 20.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Greylock Federal Credit Union** | W | 90.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Hanscom Federal Credit Union checking account** | H | 44.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Hanscom Federal Credit Union savings** | H | 30.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Misc. household goods and furnishings including living room furniture which consists of sofa, chair, table 42" television (3 yrs old); dining room table and 6 chairs; misc. kitchen appliances; furniture for 2 bedrooms**<br><br>estimated sale value | J | 3,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Misc. books and pictures**<br><br>estimated sale value | J | 200.00 |
| 6. Wearing apparel. | | **Misc. mens and womens wearing apparel**<br><br>estimated sale value | J | 500.00 |
| 7. Furs and jewelry. | | **Man's wedding ring**<br><br>estimated sale value | H | 100.00 |
| Furs and jewelry. | | **Pearl necklace, gold wedding band**<br><br>estimated sale value | W | 1,050.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **One set of golf clubs**<br><br>estimated sale value | H | 200.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Thomas C. Abate   Helen A. Wong** _____    Case No. **10-21808-WCH** _____

                              **Debtors**                                           (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Federal pension through employer<br><br>ERISA qualified not property of estate | H | 18,000.00 |
| Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Hanscom Federal Credit Union Prime Shares IRA account<br><br>balance as of 8/31/10 | H | 5,966.40 |
| Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | IRA through employer Fidelity<br><br>approximate balance | W | 7,000.00 |
| Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Wells Fargo 401K<br><br>ERISA qualified not property of estate | W | 13,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | 2007 federal tax refund | J | 4,070.00 |
| Other liquidated debts owed to debtor including tax refunds. Give particulars. | | 2008 federal tax refund | J | 2,160.00 |
| Other liquidated debts owed to debtor including tax refunds. Give particulars. | | 2009 federal tax refund | J | 7,315.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

B6B (Official Form 6B) (12/07) – Cont.

In re  **Thomas C. Abate    Helen A. Wong**                                    Case No.  **10-21808-WCH**
                          Debtors                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | **Claim against Freemont Investment Loan** | H | uncertain |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 Acura RL**<br><br>**Kelley Blue Book trade in value is $14,000.00.  It is believed that after sale expenses that the net sale proceeds to the estate would be $12,000.00** | W | 12,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 Volvo 160,000 miles**<br><br>**Kelley Blue Book trade in value** | H | 2,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **One laptop 6 months old; fax machine** | | 300.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re   **Thomas C. Abate   Helen A. Wong**                                    Case No.   **10-21808-WCH**
                         _____
                         Debtors                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | | | |

                           3     continuation sheets attached          Total  >      **$ 77,045.40**

                                                                    (Include amounts from any continuation sheets
                                                                    attached. Report total also on Summary of
                                                                    Schedules.)

B6C (Official Form 6C) (4/10)

In re   **Thomas C. Abate   Helen A. Wong**                          Case No.   **10-21808-WCH**
_____                                    _____
                              Debtors                                         (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $146,450.*
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **2005 Acura RL** <br><br> **Kelley Blue Book trade in value is $14,000.00.  It is believed that after sale expenses that the net sale proceeds to the estate would be $12,000.00** | 11 USC § 522(d)(5) | 8,671.00 | 12,000.00 |
|  | 11 USC § 522(d)(2) | 3,225.00 |  |
| **2005 Volvo 160,000 miles** <br><br> **Kelley Blue Book trade in value** | 11 USC § 522(d)(2) | 2,000.00 | 2,000.00 |
| **2007 federal tax refund** | 11 USC § 522(d)(5) | 4,070.00 | 4,070.00 |
| **2008 federal tax refund** | 11 USC § 522(d)(5) | 2,160.00 | 2,160.00 |
| **2009 federal tax refund** | 11 USC § 522(d)(5) | 7,315.00 | 7,315.00 |
| **Cash on hand** <br><br> **average balance** | 11 USC § 522(d)(5) | 20.00 | 20.00 |
| **Federal pension through employer** <br><br> **ERISA qualified not property of estate** | 11 USC § 522(d)(12) | total value | 18,000.00 |
|  | 11 USC § 522(d)(10)(E) | total value |  |
| **Greylock Federal Credit Union** | 11 USC § 522(d)(5) | 90.00 | 90.00 |
| **Hanscom Federal Credit Union checking account** | 11 USC § 522(d)(5) | 44.00 | 44.00 |
| **Hanscom Federal Credit Union Prime Shares IRA account** <br><br> **balance as of 8/31/10** | 11 USC § 522(d)(12) | total value | 5,966.40 |
|  | 11 USC § 522(d)(10)(E) | total value |  |
| **Hanscom Federal Credit Union savings** | 11 USC § 522(d)(5) | 30.00 | 30.00 |

B6C (Official Form 6C) (4/10) - Cont.

In re  **Thomas C. Abate    Helen A. Wong** _____  Case No. **10-21808-WCH** _____

Debtors    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **IRA through employer Fidelity** **approximate balance** | **11 USC § 522(d)(10)(E)** **11 USC § 522(d)(12)** | total value total value | 7,000.00 |
| **Man's wedding ring** **estimated sale value** | **11 USC § 522(d)(4)** | 100.00 | 100.00 |
| **Misc. books and pictures** **estimated sale value** | **11 USC § 522(d)(3)** | 200.00 | 200.00 |
| **Misc. household goods and furnishings including living room furniture which consists of sofa, chair, table 42" television (3 yrs old); dining room table and 6 chairs; misc. kitchen appliances; furniture for 2 bedrooms** **estimated sale value** | **11 USC § 522(d)(3)** | 3,000.00 | 3,000.00 |
| **Misc. mens and womens wearing apparel** **estimated sale value** | **11 USC § 522(d)(3)** | 500.00 | 500.00 |
| **Pearl necklace, gold wedding band** **estimated sale value** | **11 USC § 522(d)(4)** | 1,050.00 | 1,050.00 |
| **Wells Fargo 401K** **ERISA qualified not property of estate** | **11 USC § 522(d)(12)** **11 USC § 522(d)(10)(E)** | total value total value | 13,000.00 |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re  Thomas C. Abate   Helen A. Wong _____,   Case No.  10-21808-WCH _____
                                    **Debtors**                                                (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  7000017185 <br><br> Carrington Mortgage Services <br> Box 79001 <br> Phoenix AZ | | | First mortgage <br> 14 Owatonna Street <br> Auburndale MA <br> single family residence <br><br> purchased in 2005 <br><br> Zillow valuation <br><br> VALUE $508,500.00 | | | | 416,000.00 | 0.00 |
| ACCOUNT NO.  2000545510 <br><br> Saxon Mortgage Services Inc. <br> 4708 Mercantile Drive North <br> Fort Worth TX 76137 | | | Second mortgage <br> 14 Owatonna Street <br> Auburndale MA <br> single family residence <br><br> purchased in 2005 <br><br> Zillow valuation <br><br> balance is approximate <br><br> VALUE $508,500.00 | | | | 200,000.00 | 107,499.00 |

0   continuation sheets
    attached

Subtotal ➢
(Total of this page)                            $   616,000.00   $   107,499.00

Total ➢
(Use only on last page)                         $   616,000.00   $   107,499.00

                                                (Report also on Summary of   (If applicable, report
                                                Schedules)                   also on Statistical
                                                                             Summary of Certain
                                                                             Liabilities and
                                                                             Related Data.)

B6E (Official Form 6E) (4/10)

In re    __Thomas C. Abate   Helen A. Wong_____    Case No.    __10-21808-WCH____
Debtors                                                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❏    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❏    **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❏    **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❏    **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❏    **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❏    **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❏    **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑    **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❏    **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❏    **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__1__ continuation sheets attached

B6E (Official Form 6E) (4/10) – Cont.

In re   **Thomas C. Abate   Helen A. Wong** _____.   Case No.   <u>10-21808-WCH</u>

                                            Debtors                                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Comm. of MA<br>Dept. of Revenue<br>Bankruptcy Unit<br>PO Box 9564<br>Boston MA 02114** | | | **2007 income tax** | | | | **uncertain** | **uncertain** | **$0.00** |

Sheet no. <u>1</u> of <u>1</u> continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals➢<br>(Totals of this page) | $      **0.00** | $      **0.00** | $      **0.00** |
| Total  ➢<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $      **0.00** | | |
| Total  ➢<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $      **0.00** | $      **0.00** |

B6F (Official Form 6F) (12/07)

In re   **Thomas C. Abate   Helen A. Wong**                          Case No.   **10-21808-WCH**
                                                          ────────────────
                        **Debtors**                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐     Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**   ending 51001 | | W | | | | | **50,000.00** |
| **American Express** Box 981537 El Paso TX 79998 | | | claim amount is approximate | | | | |
| **ACCOUNT NO.** | | H | | | | | uncertain |
| **Aurora Loan Services** c/o Harmon Law Offices 150 California Street Newton MA 02458 | | | deficiency from foreclosed property located at 510 Walker Street, Lenox MA | | | | |
| **ACCOUNT NO.** | | | | | | | uncertain |
| **Aurora Loan Services** 10350 Park Meadows Drive Littleton CO 80124 **Aurora Loan Services** c/o Harmon Law Offices 150 California Street Newton MA 02458 | | | deficiency from foreclosed property located at 8 Golden Hill Road, Lenox Dale MA | | | | |
| **ACCOUNT NO.** | | J | | | | | uncertain |
| **Aurora Loan Services LLC** c/o Doonan, Graves & Longoria 100 Cummings Center Suite 225D Beverly MA 01915 **Aurora Loan Services LLC** 2617 College Park Box 1706 Scottsbluff NE 69363 | | | deficiency from foreclosed property located at 483 Auburn Street, Auburndale MA | | | | |

    9   Continuation sheets attached



| | | |
|---|---|---|
| Subtotal > | $ | **50,000.00** |
| Total > | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Thomas C. Abate   Helen A. Wong** _____   Case No. __10-21808-WCH_____

Debtors   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | H | | | | | 27,693.28 |
| **B&B Landscaping and Excavation** **Box 252** **Stockbridge Road** **South Lee MA 01238** <br><br> **B&B Landscaping and Excavation** **c/o Nicholas Parsenios, Esq.** **49 Main Street** **Lee MA 01238** | | | judgment | | | | |
| ACCOUNT NO.   4264292531934046 | | W | | | | | 31,830.00 |
| **Bank of America** **c/o MCM** **Dept. 12421** **PO Box 603** **Oaks PA 19456** <br> **Bank of America** **c/o MCM** **5230 Washington Street** **West Roxbury MA 02132** <br> **Bank of America** **c/o MCM** **8875 Aero Drive** **San Diego CA 92123** | | | balance per recent notice from collection agency | | | | |
| ACCOUNT NO. | | H | | | | | 1,489.39 |
| **Clifford Oil Company** **c/o Timothy J. Sullivan Jr., Esq.** **100 Wendell Avenue** **Pittsfield MA 01201** | | | | | | | |

Sheet no. _1_ of _9_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $ 61,012.67

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Thomas C. Abate    Helen A. Wong_____      Case No. __10-21808-WCH_____
_____          (If known)
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | H | | | | | uncertain |
| Countrywide Home Loans PO Box 10222 Van Nuys CA 91410 <br><br> Countrywide Home Loans c/o Guaetta and Benson PO Box 519 Chelmsford MA 01824 | | | deficiency from foreclosed property located at 10 East Street, Stockbridge MA | | | | |
| ACCOUNT NO. | | H | | | | | uncertain |
| Countrywide Home Loans Mail Stop SV-65 450 American Street Simi Valley CA 93065 <br><br> Countrywide Home Loans c/o Guaetta and Benson LLC PO Box 519 Chelmsford MA 01824 | | | deficiency from foreclosed property located at 16 East Street, Stockbridge MA | | | | |
| ACCOUNT NO. | | H | | | | X | uncertain |
| Damonta Gardner et al c/o Law Offices of Frank Daily 11350 McCormick Road Hunt Valley MD | | | Mr. Abate is one of several defendants in this lead paint litigation | | | | |
| ACCOUNT NO. | | H | | | | | 12,000.00 |
| Digrigoli Concrete 1317 Churchill Street Pittsfield MA 01201 | | | claim amount is approximate | | | | |

Sheet no. _2_ of _9_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $                    12,000.00

Total ➢ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Thomas C. Abate    Helen A. Wong                        Case No.   10-21808-WCH
                                    Debtors                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    0023995467 | | W | | | | | 127,830.06 |
| Faslo Solutions PO Box 77404 Ewing NJ 08628 | | | deficiency from foreclosed property located at 483 Auburn Street, Auburndale MA | | | | |
| ACCOUNT NO.    100016500005155774 | | W | | | | | 135,405.00 |
| GMAC Mortgage PO Box 4622 Waterloo IA 50704 | | | balance per recent credit report | | | | |
| ACCOUNT NO.    5412301051 | | H | | | | | 5,665.79 |
| Greylock Federal Credit Union 150 West Street Pittsfield MA 01201 | | | car loan unperfected | | | | |
| ACCOUNT NO.    4675191890045241 | | H | | | | | 8,920.75 |
| Greylock Federal Credit Union Customer Service PO Box 30495 Tampa FL 33630 | | | balance as of 3/4/09 | | | | |
| ACCOUNT NO.    4148902970017960 | | H | | | | | 23,032.11 |
| Greylock Federal Credit Union Customer Service PO box 30495 Tampa FL 33630 | | | balance as of 3/4/09 | | | | |

Sheet no. _3_ of _9_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                      300,853.71

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Thomas C. Abate   Helen A. Wong** _____         Case No. **10-21808-WCH** _____
                                    **Debtors**                                                           **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | H | | | | | 25,000.00 |
| Home Depot Credit Services PO Box 6029 The Lakes NV 88901 | | | claim amount is approximate | | | | |
| ACCOUNT NO.   0686189804 | | J | | | | | uncertain |
| JPMorgan Chase Bank c/o Stanton & Davis 1000 Plain Street Marshfield MA 02050 | | | deficiency from foreclosed property located at 3 Willard Hill Road, Stockbridge MA | | | | |
| WaMu PO Box 100576 Mailstop: FSC0170 Florence SC 29502 | | | | | | | |
| WaMu PO Box 44118 Jacksonville FL 32231 | | | | | | | |
| Wells Fargo as Tte of WaMu c/o Creed & Formica 1775 Ocean Street Marshfield MA 02050 | | | | | | | |
| Chase PO Box 100511 Florence SC 29502 | | | | | | | |
| ACCOUNT NO. | | | | | | | 1,474.24 |
| Lenox Dale Service Station One Crystal Street Lenoxdale MA 01242 | | | judgment | | | | |

Sheet no. _4_ of _9_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▶ $        26,474.24

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Thomas C. Abate    Helen A. Wong                              Case No.  10-21808-WCH
_____                   _____
                                        Debtors                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5490991074891611 | | W | | | | | uncertain |
| MBNA/Bank of America c/o MCM 8875 Aero Drive San Diego CA 92123 | | | | | | | |
| ACCOUNT NO.  50824-13601 | | W | service at 483 Auburn Street, Newton MA | | | | 91.34 |
| National Grid 52 Second Avenue Waltham MA 02451 | | | | | | | |
| ACCOUNT NO.  7410687 | | W | balance per recent credit report | | | | 269.00 |
| National Grid NE c/o Assoc. Credit Services 105B South Street Hopkinton MA 01748 | | | | | | | |
| ACCOUNT NO. | | H | execution | | | | 110,000.00 |
| Neal Katz 14 Summit Avenue Watertown MA 02472 | | | | | | | |
| ACCOUNT NO. | | | claim amount is approximate Second mortgage on Oakdale Avenue, Wellesley MA | | | | 110,000.00 |
| New Dollar c/o Charles Palmisano, Esq. 11 Liberty Street Newburyport MA 01950 | | | | | | | |

Sheet no.  5  of  9  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $    220,360.34

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Thomas C. Abate   Helen A. Wong                        Case No.  10-21808-WCH
                               Debtors                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 22773071018 | | W | | | | | 552.00 |
| NStar Electric<br>One NStar Way<br>Westwood MA 02090<br><br>Nstar Electric<br>c/o CCS<br>Two Wells Avenue<br>Newton MA 02459 | | | service at 483 Auburn Street, Auburndale MA | | | | |
| ACCOUNT NO. 13343190011 | | H | | | | | 1,289.30 |
| Osterman Propane Inc.<br>PO Box 847451<br>Boston MA 02284<br><br>E. Osterman Gas Service Inc.<br>c/o Richard R. Hubbard, Esq.<br>PO Box 567<br>Uxbridge MA 01569 | | | service to 3 Willard Hill Road, Stockbridge MA | | | | |
| ACCOUNT NO. | | H | | | | | 2,000.00 |
| Sackett Survey Services<br>179 First Street<br>Pittsfield MA 01201 | | | | | | | |
| ACCOUNT NO. 41027886 | | W | | | | | 140.00 |
| Time Warner Cable<br>130 Washington Avenue Ext.<br>Albany NY 12203 | | | | | | | |

Sheet no. 6 of 9 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $ 3,981.30

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Thomas C. Abate   Helen A. Wong**                                     Case No.  **10-21808-WCH**
_____                                             _____
                        **Debtors**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **223500835** <br><br>**Town of Wellesley Utility Services**<br>**2 Municipal Way**<br>**PO Box 9187**<br>**Wellesley MA 02481** | | H | **service for 4 Oakdale Avenue** | | | | 390.67 |
| ACCOUNT NO. <br><br>**US Bank NA**<br>**c/o Harmon Law Offices**<br>**150 California Street**<br>**Newton MA 02458** | | | **deficiency from foreclosed property located at 310 Laurel Road, Lee  MA** | | | | uncertain |
| ACCOUNT NO. <br><br>**Waban Mortgage**<br>**c/o Robert N. Brown, Esq.**<br>**30 Eastbrook Road, Suite 203**<br>**Dedham MA 02026** | | H | **deficiency from foreclosed property located at 12 Golden Hill Road, Lenox, MA** | | | | uncertain |
| ACCOUNT NO. <br><br>**Waban Mortgage Co.**<br>**c/o Robert N. Brown, Esq.**<br>**30 Eastbrook Road, Ste. 203**<br>**Dedham MA 02026** | | H | **deficiency from foreclosed property located at 504 Walker Street, Lenox MA** | | | | uncertain |

Sheet no. _7_ of _9_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $                    390.67

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  __Thomas C. Abate    Helen A. Wong_____     Case No.  __10-21808-WCH_____
                              **Debtors**                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    0082196544 | | W | | | | | uncertain |
| WaMu PO Box 44016 Jacksonville FL 32231

JPMorgan Chase PO Box 100511 Florence SC 29502

Washington Mutual PO Box 100576 Mailstop: FSC0170 Florence SC 29502

WaMu PO box 44118 Jacksonville FL 32231 | | | deficiency from foreclosed property located at 4 Oakdale Avenue, Wellesley MA | | | | |
| ACCOUNT NO. | | H | | | | | 888.00 |
| Western Mass Electric PO Box 2010 West Springfield MA 01090 | | | #718345307 - $370.00 #723407539 - $305.00 #724143485 - $213.00 | | | | |
| ACCOUNT NO.    54973634066 | | H | | | | | 213.01 |
| Western Mass Electric Co. c/o NCO Financial Systems 507 Prudential Road Horsham PA 19044

Western Mass Electric Co. c/o NCO Financial Systems 10 New England Business Center Dr Suite 204 Andover MA 01810 | | | service for 8 Golden Hill Road, Lenox MA | | | | |

Sheet no.  _8_ of _9_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ▷  $                          1,101.01

Total  ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Thomas C. Abate   Helen A. Wong**                                    Case No.   <u>10-21808-WCH</u>
_____                                                  _____
                                **Debtors**                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **54381834019** | | H | | | | | 1.09 |
| **Western Massachusetts Electric Credit and Collections Center PO Box 150494 Hartford CT 06115** | | | service for 12 Golden Hill Road, Lenoxdale MA | | | | |

Sheet no.  <u>9</u> of <u>9</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

|  | Subtotal  ➤ | $ | 1.09 |
|---|---|---|---|
|  | Total  ➤ | $ | 676,175.03 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6G (Official Form 6G) (12/07)**

In re: <u>Thomas C. Abate    Helen A. Wong</u>      .     Case No. <u>10-21808-WCH</u>
                   **Debtors**                               (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re: **Thomas C. Abate   Helen A. Wong**                                    Case No.   **10-21808-WCH**
_____                                              _____
                          Debtors                                                              (if known)

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

In re **Thomas C. Abate Helen A. Wong** _____    Case No.   **10-21808-WCH**
                        Debtors                                    (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Program Manager** | **Grant Administrator** |
| Name of Employer | **Dept. of Defense** | **Partners Healthcare** |
| How long employed | **8 months** | **2 years** |
| Address of Employer | **Hanscom AFB** | **101 Huntington Avenue Boston MA** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | 5,958.40 | $ 5,389.84 |
| 2. Estimate monthly overtime | $ | 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ | 5,958.40 | $ 5,389.84 |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | $ | 539.54 | $ 416.48 |
| b. Insurance | $ | 0.00 | $ 1,732.36 |
| c. Union dues | $ | 0.00 | $ 0.00 |
| d. Other (Specify)   **FEGLI** | $ | 24.00 | $ 0.00 |
| **OSSDI** | $ | 369.40 | $ 0.00 |
| **Paid time off** | $ | 0.00 | $ 153.80 |
| **Parking** | $ | 0.00 | $ 120.00 |
| **Retirement** | $ | 47.60 | $ 479.80 |
| **TSP Savings** | $ | 1,100.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 2,080.54 | $ 2,902.44 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 3,877.86 | $ 2,487.40 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ 0.00 |
| 8. Income from real property | $ | 0.00 | $ 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ 0.00 |
| 11. Social security or other government assistance (Specify) | $ | 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ 0.00 |
| 13. Other monthly income (Specify) | $ | 0.00 | $ 0.00 |

B6I (Official Form 6I) (12/07) - Cont.

In re  **Thomas C. Abate Helen A. Wong**                                    Case No.    **10-21808-WCH**
_____                                              _____
                         **Debtors**                                                        (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| | | |
|---|---|---|
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ _____ 0.00 | $ _____ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ _____ 3,877.86 | $ _____ 2,487.40 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 6,365.26 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:
**NONE**_____

_____

B6J (Official Form 6J) (12/07)

In re **Thomas C. Abate Helen A. Wong**                                    ,        Case No. ___**10-21808-WCH**___
                                        **Debtors**                                                                    (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 3,995.16 |
| a. Are real estate taxes included?    Yes ✓    No _____ | | | |
| b. Is property insurance included?    Yes ✓    No _____ | | | |
| 2. Utilities: a. Electricity and heating fuel | | $ | 575.00 |
| b. Water and sewer | | $ | 200.00 |
| c. Telephone | | $ | 300.00 |
| d. Other **cable** | | $ | 130.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 150.00 |
| 4. Food | | $ | 400.00 |
| 5. Clothing | | $ | 0.00 |
| 6. Laundry and dry cleaning | | $ | 100.00 |
| 7. Medical and dental expenses | | $ | 100.00 |
| 8. Transportation (not including car payments) | | $ | 375.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 20.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 110.00 |
| b. Life | | $ | 30.00 |
| c. Health | | $ | 420.00 |
| d. Auto | | $ | 200.00 |
| e. Other_____ | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify)    **excise tax** | | $ | 125.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 0.00 |
| b. Other **Second mortgage** | $ | | 903.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other **household** | | $ | 125.00 |
| **personal care** | | $ | 75.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 8,333.16 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
**Our residence will be subjet to surrender/foreclosure at some point in the future and we are uncertain of our future rental expens**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 6,365.26 |
| b. Average monthly expenses from Line 18 above | $ | 8,333.16 |
| c. Monthly net income (a. minus b.) | $ | -1,967.90 |

```
The above expenses are the Debtors best estimate of the average monthly
household expenses for the entire Abate/Wong household
```

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  Thomas C. Abate    Helen A. Wong _____         Case No.   10-21808-WCH _____
                              Debtors                                                          (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 26
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____          Signature: _____
                                               Thomas C. Abate
                                                              Debtor
Date: _____          Signature: _____
                                               Helen A. Wong
                                                    (Joint Debtor, if any)

[If joint case, both spouses must sign]


## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

### (NOT APPLICABLE)

_Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571._

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Massachusetts

In re  **Thomas C. Abate    Helen A. Wong**      Case No.   **10-21808-WCH**

Debtors      Chapter   **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations  (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 0.00 |
| Average Expenses (from Schedule J, Line 18) | $ 0.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ 0.00 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 0.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 0.00 |

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**District of Massachusetts**

In re        **Thomas C. Abate    Helen A. Wong**        Case No.   **10-21808-WCH**
                         Debtors                                           Chapter 7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 |
| --- |

| Creditor's Name:<br><br>**Carrington Mortgage Services** | Describe Property Securing Debt:<br><br>**14 Owatonna Street**<br>**Auburndale MA**<br>**single family residence**<br><br>**purchased in 2005**<br><br>**Zillow valuation** |
| --- | --- |

Property will be *(check one)*:
     ☑ Surrendered        ☐ Retained

If retaining the property, I intend to *(check at least one)*:
     ☐ Redeem the property
     ☐ Reaffirm the debt
     ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
     ☐ Claimed as exempt          ☑ Not claimed as exempt

| Property No. 2 |
| --- |

| Creditor's Name:<br><br>**Saxon Mortgage Services Inc.** | Describe Property Securing Debt:<br><br>**14 Owatonna Street**<br>**Auburndale MA**<br>**single family residence**<br><br>**purchased in 2005**<br><br>**Zillow valuation**<br><br>**balance is approximate** |
| --- | --- |

B 8 (Official Form 8) (12/08)                                                                                    Page 2

Property will be *(check one)*:
  ☑ Surrendered              ☐ Retained

If retaining the property, I intend to *(check at least one)*:
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
  ☐ Claimed as exempt                    ☑ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br><br>None | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES    ☐ NO |

___0___   continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____

_____
**Thomas C. Abate**
Signature of Debtor

_____
**Helen A. Wong**
Signature of Joint Debtor (if any)

B7 (Official Form 7) (4/10)

**UNITED STATES BANKRUPTCY COURT**
**District of Massachusetts**

In re:  **Thomas C. Abate   Helen A. Wong**                           Case No. __10-21808-WCH__
_____,
                            Debtors                                          (If known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1.  Income from employment or operation of business

None
☐      State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the
debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning
of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years**
immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a
fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal
year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13
must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition
is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 58,560.00 | Line 7 Form 1040 Joint wages | 2008 |
| 116,536.00 | Line 7 Form 1040 Joint wages | 2009 |
| 52,000.00 | Wages (w) | 2010 through end of 2010 |
| 41,708.80 | Wages (h) | 2010 to 8/14/10 |

### 2.  Income other than from employment or operation of business

None
☐      State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's
business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is
filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for
each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| -142,809.00 | Line 12 Form 1040 | 2008 |
| 26,609.00 | Line 13 Form 1040 | 2008 |
| 99.00 | Joint interest | 2008 |
| 2,774.00 | Pension | 2008 |
| 1,309.00 | Dividend (joint) | 2008 |
| 132,929.00 | Line 17 Form 1040 | 2008 |
| 28.00 | Joint interest | 2009 |
| 66,158.00 | Line 13 Form 1040 | 2009 |
| -218,627.00 | Line 17, net real estate loss | 2009 |
| 482.00 | Pension (joint) | 2009 |

### 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☑

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a **plan** by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None
☑

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Lenox Dale Service Station v. Thomas C. Abate 200929SC000033 | collection | Southern Berkshire District Court 9 Gilmore Avenue Great Barrington MA 01230 | execution |
| Neal Katz v. Thomas Abate 200951SC000663 | collection | Waltham District Court 38 Linden Street Waltham MA 02454 | judgment |
| E. Osterman Gas Service Inc. v. Thomas C. Abate 0912SC385 | | Newton District Court 1309 Washington Street West Newton MA 02465 | |
| Damontay Gardner et al v Cephus Murrell et al 24 C 09 003500 | claim for lead paint poisoning | Circuit Court for Baltimore City Courthouse East 111 N. Calvert St Baltimore MD | pending |
| B&B Landscaping and Excavation Inc. v. Tom Abate 200929CV000063 | | Southern Berkshire County DC 9 Gilmore Avenue Great Barrington MA 01230 | judgment |
| Clifford Oil Company v. Thomas Abate 1027 SC 0233 | collection | Pittsfield District Court 24 Wendell Avenue, Box 875 Pittsfield MA 01202 | judgment |

None ☑   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5.  Repossessions, foreclosures and returns

None ☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| * | 2010 | 4 Oakdale Avenue Wellesley MA |

### 6.  Assignments and receiverships

None
☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7.  Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8.  Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Institute for Financial Literacy** | | **$200.00 for 4 certificates** |
| **Law Offices of Gary W. Cruickshank**<br>**21 Custom House Street**<br>**Suite 920**<br>**Boston MA 02110** | **9/17/10 - $750.00**<br>**10/18/10 - $2,549.00** | **$3,000.00 plus filing fee** |

Case 10-21808   Doc 16   Filed 11/23/10   Entered 11/23/10 11:31:28   Desc Main
Document     Page 35 of 41

5

**10. Other transfers**

None ☑  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☑  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR' INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☑  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ☑  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☐  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **Greylock Federal Credit Union 150 West Street Pittsfield MA** | 3/10, 4/10, 5/10 | **700.00 approx.** |

### 14. Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None
☐

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **483 Auburn Street Newton MA** | **Thomas Abate and Helen Wong** | **2005-2009** |

### 16.  Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.    List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑  c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18.  Nature, location and name of business

None
☐  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Ekistics Group LLC** | ending 7454 | **202 Auburndale Avenue Newton MA** | | |
| **Main Street Mortgage Group Corp.** | ending 7084 | **202 Auburndale Avenue Newton MA** | | |
| **Preiste Group LLC** | ending 2494 | **202 Auburndale Avenue Newton MA** | | |
| **The Preiste Corporation** | ending 4063 | **202 Auburndale Avenue Newton MA** | | |

None
☑  b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

## 19.  Books, records and financial statements

None
☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Bruce D. Norling CPA 410 Boston Post Road Sudbury MA** | **various** |

None
☑  b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☑    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME               ADDRESS

None ☑    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS          DATE ISSUED

## 20. Inventories

None ☑    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☑    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None ☑    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☑    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

## 22. Former partners, officers, directors and shareholders

None ☑    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☑    b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

9

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 24. Tax Consolidation Group.

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION            TAXPAYER IDENTIFICATION NUMBER (EIN)

## 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

NAME OF PENSION FUND            TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

*[If completed by an individual or individual and spouse]*
I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____            Signature of Debtor    Thomas C. Abate

Date _____            Signature of Joint Debtor (if any)    Helen A. Wong

B 203
(12/94)

# UNITED STATES BANKRUPTCY COURT
## District of Massachusetts

In re: **Thomas C. Abate**          **Helen A. Wong**          Case No. **10-21808-WCH**

Chapter **7**

Debtors

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | plus filing fee | $ 3,000.00 |
| Prior to the filing of this statement I have received | plus filing fee | $ 3,000.00 |
| Balance Due | | $ 0.00 |

2. The source of compensation paid to me was:

   ☒ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☒ Debtor          ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d) [Other provisions as needed]
   **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **See attached Statement**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: 11/23/10

Gary W. Cruickshank, Esq., Bar No. 107600

**Law Offices of Gary W. Cruickshank**
Attorney for Debtor(s)

## STATEMENT OF DEBTORS PURSUANT TO RULE 9010-3 OF THE
## MASSACHUSETTS LOCAL RULES OF BANKRUPTCY PROCEDURE

The undersigned Debtors expressly confirm that we have agreed with Attorney Gary W. Cruickshank, our Counsel in this Chapter 7 case, that he will represent us in our Chapter 7 case for a flat fee of $3,000.00 plus the filing fee. We further agree that should we be subject to an adversary proceeding or other contested matters during the course of this case, that we will pay Attorney Cruickshank at his standard hourly rate of $400.00 and that we will pay to him a reasonable retainer of $800.00 before he commences such service. We further agree that if we do not advance the retainer and make the payments, that Attorney Cruickshank is not required to represent the undersigned in the adversary proceeding and/or contested matters and that he may file a Motion for Withdrawal from the adversary proceeding or contested matter.

Dated: _____                        _____
                                       Thomas C. Abate

Dated: _____                        _____
                                       Helen A. Wong